## STATEMENT OF FACTS

In May of 2020, a cooperating individual (hereinafter "CW-1")[1] gained introduction to a subject introduced to him by the nickname "PAYASO." A mutual acquaintance had informed CW-1 that PAYASO was looking for someone who could supply him with a kilogram of cocaine. At the direction of law enforcement, CW-1 posed as the potential supplier. CW-1 was given a number to contact PAYASO: 202-938-5295. That number is serviced by T-Mobile and is subscribed to Gilver Y. ZELAYA with a listed address in Silver Spring, Maryland. Open source records show that a man identified as Gilver Yuviny Zelaya Diaz, is a resident in Silver Spring, Maryland. On May 15, 2020, CW-1 contacted PAYASO to discuss the sale of a kilogram of cocaine. This phone conversation was recorded by CW-1. During the call, CW-1 offered a price of $31,000 for a kilogram of cocaine. PAYASO confirmed that he wished to buy the kilogram and stated he would attempt to secure the money for the purchase. On May 17, 2020, PAYASO informed CW-1 that he had enough money to pay for one and a half kilograms of cocaine. In a text message from PAYASO to CW-1, PAYASO inquired whether CW-1 would provide on consignment an additional half kilogram of cocaine, if PAYASO only had money to pay for one and a half kilograms of cocaine, and CW-1 agreed. In a later conversation that CW-1 had with the mutual acquaintance of PAYASO, he explained to CW-1 that PAYASO was getting a portion of his money from one of PAYASO's associates. He described the associate as a Mexican man who lived in the Baltimore area. The mutual acquaintance added that the Mexican associate used to be PAYASO's supplier, but was currently unable to obtain cocaine.

On May 20, 2020, in recorded call by CW-1 to PAYASO, the two agreed to meet the next day to conduct a transaction for two kilograms of cocaine. On May 21, 2020, at the direction of law enforcement, CW-1 made a recorded call to PAYASO and arranged to meet him in a parking lot located in Northwest, Washington, DC. PAYASO told CW-1 that he was waiting to get in contact with his associate who intended to bring enough money to purchase his own kilogram of cocaine. On May 21, 2020, at approximately 2:13 p.m., PAYASO connected CW-1 to his Mexican associate via a three-way call. This call was recorded. During the conversation, the associate

---

[1] CW-1 was arrested by the FBI and MPD in 2007 in the District of Columbia and charged federally with a felony narcotics trafficking offense. He entered a cooperation plea agreement and was released from prison to proactively assist law enforcement with criminal investigations. After assisting with several investigations, CW-1 was given a sentence of time served. After his sentence was completed, he has continued to proactively assist law enforcement in exchange for money and immigration benefits. He has never provided information known to be untruthful or inaccurate. During his period of cooperation, the CW is known to have engaged in four instances of unauthorized illegal activity. While cooperating with law enforcement pursuant to his plea agreement, CW-1 was observed by law enforcement handing an ounce of cocaine to an individual who subsequently sold it to another cooperating individual. CW-1 was confronted by his handling agents and confessed to the crime. CW-1 later confessed to using a fraudulent birth certificate to apply for a U.S. driver's license and U.S. passport. CW-1 admitted that he obtained the fraudulent passport and once displayed it to a Virginia State Trooper after being pulled over for a traffic offense. All three transgressions were divulged to the U.S. Attorney's Office for the District of Columbia and described in their sentencing recommendation during the sentencing hearing in CW-1's 2007 criminal matter. In 2018, CW-1 was arrested for shoplifting in Loudoun County, Virginia. CW-1 pled guilty to a misdemeanor.

assured CW-1 that he was interested in making the purchase, and advised CW-1 that he wanted to test the cocaine before committing to the purchase. Prior to the meeting with PAYASO and his associate, CW-1 was provided audio and video recording equipment to record the transaction, law enforcement personnel conducted surveillance of the meeting. At approximately 4:00 p.m., Gilver ZELAYA Diaz, a.k.a. "PAYASO" (later identified through comparison to a booking photo) arrived in the parking lot where CW-1 was waiting and approached CW-1. Another man arrived in a second vehicle and approached CW-1 and PAYASO. PAYASO indicated to CW-1 that the other man was his associate who wished to purchase the kilogram of cocaine. CW-1 asked PAYASO to display his money. CW-1 followed PAYASO to PAYASO's vehicle, where PAYASO slid a bag of cash out from underneath the driver's seat and showed it to CW-1. CW-1 instructed the two men to follow him to a storage rental facility in Northwest, Washington, DC where the cocaine was stashed. Both men followed in their own vehicles. When they arrived, CW-1 went inside the storage facility and received a kilogram of genuine cocaine from an agent of the Drug Enforcement Administration (DEA), who was waiting inside. The kilogram of cocaine had been obtained from the DEA Mid-Atlantic Laboratory for approved use in the described operation. CW-1 took the kilogram of cocaine back to his car in the parking lot and invited the two men into his vehicle to test the cocaine. Both PAYASO and his associate entered CW-1's vehicle, each with a bag of cash. PAYASO stated that he had $21,000, while PAYASO's associate stated that he had $31,000. PAYASO examined the kilogram of cocaine and passed it to his associate who also tested it. PAYASO's associate stated that he was satisfied with the quality and would conduct a more thorough test of the cocaine when he brought it home. At that point, law enforcement personnel placed both men under arrest. PAYASO's identity was confirmed as Humberto IESAJACO, a.k.a., "Gilver Yuviny Zelaya Diaz. His associate was identified as Mexican national, Adrian ROCHA Jacquez. Agents seized the cash from IESAJACO and ROCHA Jacquez, which has not yet been officially counted by law enforcement.

Based upon the aforementioned facts, your affiant submits that there is probable cause to believe that IESAJACO and ROCHA Jacquez committed the offense of Conspiracy to Distribute and Possess With Intent to Distribute 500 Gram or More of Cocaine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(ii), and 846.

_____
SPECIAL AGENT STEVEN WEATHERHEAD
FEDERAL BUREAU OF INVESTIGATION

*Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 on May 22, 2020.*

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE